CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 15 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 7:06-cr-00051 |
| | ) | |
| v. | ) | **2255 ORDER** |
| | ) | |
| CHARAZZ KEVIN MORAN, | ) | By: Hon. James C. Turk |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to amend his motion to vacate, set aside, or correct sentence (docket #148) is **GRANTED**; the United States' motion to dismiss is **GRANTED** as to the petitioner's ineffective assistance of counsel claims that implicate his direct appeal rights; and the United States is **DIRECTED**, pursuant to the court's standing order dated May 3, 1996, to file within sixty (60) days of entry of this order a supplemental motion discussing the petitioner's remaining claims. The petitioner will then be given an opportunity to respond to that motion.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to counsel of record for the petitioner and for the United States.

ENTER: This 15th day of April, 2009.

/s/ James C. Turk
Senior United States District Judge