CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2010

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:06-cr-00051-1 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| CHARAZZ KEVIN MORAN, | ) | By: Hon. James C. Turk |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motions to file a response out of time (no. 211, 219) are **GRANTED**; petitioner's motion for default judgment (no. 198) is **DENIED**; the United States' supplemental motion to dismiss (no. 201) is **GRANTED**; petitioner's motion to vacate, set aside, or correct sentence (no. 146) is **DENIED**; petitioner's motion for an evidentiary hearing (no. 227) is **DENIED as moot**; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to counsel of record for the petitioner and for the United States.

**ENTER**: This _2nd_ day of November, 2010.

_____
Senior United States District Judge